IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| SYLVESTER JAMAIL LARKINS, | ) | NO.: 21-50844-PMB |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| | ) | |

## OBJECTION TO CONFIRMATION

COMES NOW Specialized Loan Servicing LLC (hereinafter known as "Creditor"), a secured creditor holding a Security Deed against the real property commonly known as 2447 Field Way Ne, Atlanta, GA 30319 (the "Property"), and for the reasons stated below, objects to confirmation of Debtor's Chapter 13 plan (Doc. No. 3) (the "Plan").

1.

Debtor's Plan underestimates the prepetition arrearage amount owed to Creditor as $8,567.00 The actual prepetition arrearage amount owed to Creditor is approximately $30,413.85. Such vast understatement may render Debtor's Plan infeasible.

2.

This Chapter 13 case was filed on February 1, 2021. Debtor filed a prior case, 20-63253 on February 24, 2020, which was dismissed on April 21, 2020 for Debtor's failure to file information

3.

Creditor reserves the right to raise the failure of Debtor to have made post-petition mortgage payments if at the time of the confirmation hearing that appears to be the case.

WHEREFORE, Creditor prays that the Court will:

1. deny confirmation,

2. award reasonable attorney's fees, and

3. grant such other and further relief as is just and equitable.

/s/A. Michelle Hart Ippoliti
A. Michelle Hart Ippoliti
Georgia BAR NO. 334291
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
678-281-6537
770-643-4220

| | |
|---|---|
| In Re: | Bankruptcy Case No.:    21-50844-PMB13 |
| Sylvester Jamail Larkins | Chapter:    13 |
| | Judge    Paul M. Baisier |

CERTIFICATE OF SERVICE

I, A. Michelle Hart Ippoliti, of MCCALLA RAYMER LEIBERT PIERCE, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Sylvester Jamail Larkins
2447 Field Way NE
Atlanta, GA 30319

Matthew Thomas Berry                             (*served via ECF Notification*)
Matthew T. Berry & Associates
Suite 600
Atlanta, GA 30324

Melissa J. Davey, Trustee                         (*served via ECF Notification*)
260 Peachtree Street, NW
Suite 200
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Executed on:   2/10/2021         By:    /s/A. Michelle Hart Ippoliti
                    (date)                         A. Michelle Hart Ippoliti
                                                  Georgia BAR NO. 334291
                                                  Attorney for Creditor