**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:

    SYLVESTER JAMAIL LARKINS

        Debtor(s)

Case No. 21-50844-PMB

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Melissa J. Davey, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/01/2021.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 04/09/2021.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $34,800.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $0.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$0.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $0.00 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$0.00** |
| Attorney fees paid and disclosed by debtor: | $0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AIR COLUMBIA, LLC | Unsecured | NA | 319,583.34 | 319,583.34 | 0.00 | 0.00 |
| AIR JP, LLC | Unsecured | NA | 319,583.34 | 319,583.34 | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAI | Unsecured | 17,121.00 | 17,121.30 | 17,121.30 | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. | Unsecured | 1,072.00 | 1,828.83 | 1,828.83 | 0.00 | 0.00 |
| BMW FINANCIAL SERVICES ATTN: C | Unsecured | 30,083.00 | 30,083.51 | 30,083.51 | 0.00 | 0.00 |
| BPAJRNEA AVIATION, LLC | Secured | NA | 707,104.20 | 707,104.20 | 0.00 | 0.00 |
| BRIARWOOD FIELD OWNERS ASSOC | Secured | 0.00 | 28,236.75 | 28,236.75 | 0.00 | 0.00 |
| CHASE CARD SERVICES | Unsecured | 33,971.00 | NA | NA | 0.00 | 0.00 |
| PEARL DELTA FUNDING LLC | Secured | 38,000.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,365.00 | 2,365.23 | 2,365.23 | 0.00 | 0.00 |
| PYOD, LLC | Unsecured | 0.00 | 1,270.99 | 1,270.99 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 456.00 | 260.00 | 260.00 | 0.00 | 0.00 |
| SCANA ENERGY | Unsecured | 264.00 | NA | NA | 0.00 | 0.00 |
| SCANA ENERGY | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING, LLC | Secured | 8,567.00 | 30,413.85 | 30,413.85 | 0.00 | 0.00 |
| WELLS FARGO BANK, N.A. | Unsecured | 992.00 | 992.40 | 992.40 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $765,754.80 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$765,754.80** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$693,088.94** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| | |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/19/2021                     By: /s/ Melissa J. Davey _____
                                                                 Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CHAPTER 13

IN RE:                                    )          CASE NO. 21-50844-PMB
SYLVESTER JAMAIL LARKINS                  )
                                          )
                                          )
DEBTOR                                    )

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Final Report and Account using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Jonathan A Akins     jakins@swfllp.com
Michael J. Bargar     michael.bargar@agg.com, carol.stewart@agg.com
Matthew Thomas Berry
E-Notice@mattberry.com;berry.associates.matt@gmail.com;ecf.gan.t1@sitekitmail.com;ecf.gan.t2@sitekitmail.com;ecf.gan.t3@sitekitmail.com;ecf.gan.t4@sitekitmail.com;ecf.gan.t5@sitekitmail.com
Graham Keith Brantley     gbrantley@atclawfirm.com, graybrantley@atclawfirm.com
Melissa J. Davey     cdsummary@13trusteeatlanta.com, cdbackup@13trusteeatlanta.com
S. Gregory Hays     ghays@haysconsulting.net,
saskue@haysconsulting.net;GA32@ecfcbis.com
A. Michelle Hart Ippoliti     Michelle.ippoliti@mccalla.com,
bankruptcyecfmail@mccalla.com;mccallaecf@ecf.courtdrive.com
Louis G. McBryan     lmcbryan@mcbryanlaw.com,
alepage@mcbryanlaw.com;cchristy@mcbryanlaw.com
Carrie L Oxendine     E-Notice@mattberry.com;berry.associates.carrie@gmail.com
Elizabeth F. Taylor     btaylor@wczlaw.net

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail with adequate postage prepaid on the following parties set forth below at the address shown for each.

**UST Form 101-13-FR-S (9/1/2009)**

DEBTOR(S):
SYLVESTER JAMAIL LARKINS
2447 FIELD WAY NE
ATLANTA, GA  30319

Dated:  05/19/2021

_____ /S/
Melissa J. Davey, Chapter 13 Trustee
State Bar No. 206310
Standing Chapter 13 Trustee
260 PEACHTREE STREET N.W.
SUITE 200
Atlanta, GA  30303
(678)510-1444

**UST Form 101-13-FR-S (9/1/2009)**